**Order entered February 5, 2021.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-01060-CV

### IN RE NATHANIEL CHARLES GIBSON, Relator

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 064346**

### ORDER

Based on the Court's opinion of this date, we **DENY** relator's December 2, 2020 petition for writ of mandamus.

/s/    ROBBIE PARTIDA-KIPNESS
        JUSTICE